UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WAYDE COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:09-cv-0734-DML-LJM |
| | ) | |
| CUMBERLAND POLICE DEPARTMENT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## Order on Motion for Leave to Amend Complaint

The plaintiff's motion to amend (Dkt. 46) is **granted in part and denied in part** consistent with the following rulings.

**I.**

The motion is denied to the extent the plaintiff seeks to add claims against new defendants because it would be futile to do so. Although Federal Rule of Civil Procedure 15(a) instructs that leave to amend shall be freely given "when justice so requires," a district court may deny a plaintiff leave to amend if "there is . . . futility of amendment." *Park v. City of Chi.,* 297 F.3d 606, 612 (7th Cir. 2002) (citing *Ferguson v. Roberts,* 11 F.3d 696, 706 (7th Cir. 1993)); *see also Perkins v. Silverstein,* 939 F.2d 463, 472 (7th Cir. 1991) ("To hold otherwise would impose upon the defendants and the courts the arduous task of responding to an obviously futile gesture on the part of the plaintiffs."). Specifically, no viable claim can be maintained against the putative defendants associated with the Marion County Prosecutor's Office because of the absolute immunity of such individuals, *Imbler v. Pachtman,* 424 U.S. 409, 430 (1976), and no viable claim could be maintained against the putative defendant transporting officers, because at the point of transport, the plaintiff had already been arrested.

**II.**

The motion is **granted** to the extent the plaintiff seeks to expand on the state law claims asserted against the original defendants. The court notes that the proposed amended complaint (attached as an exhibit at Dkt. 46) contains additional submissions that are not part of the complaint. The plaintiff is therefore ordered to file, within 10 days of this order, an Amended Complaint consistent with this order. The defendants shall have **through January 29, 2010,** in which to file an answer or other responsive pleading to the Amended Complaint. By January 29, 2010, the defendants shall also advise the court whether they wish to renew their motion to dismiss as already filed, supplement it, withdraw it, or take another action consistent with the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Date: 12/30/2009

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Michael Edmund Walschlager
KOPKA PINKUS DOLIN & EADS P.C.
mewalschlager@kopkalaw.com

Wayde Coleman
11303 Lynchburg Way
Indianapolis, IN 46229

2